■ IRWIN VOSBURGH et al., Respondents, v. ROBERT HANKS, Appellant. IRWIN VOSBURGH, Respondent, v. MCLEAN TRUCKING COMPANY, Appellant.— Per Curiam. The decision dated July 2, 1964 is amended to provide as follows: Judgment in favor of Peter Buchakian in the action of Irwin Vosburgh and Peter Buchakian affirmed, with costs. The amount of the verdict in favor of Irwin Vosburgh as plaintiff is excessive and not supported by the medical or other proof and the judgments as to Irwin Vosburgh are reversed, on the law and the facts, and a new trial ordered, with costs to abide the event, unless, within 20 days after service of a copy of the order to be entered hereon, plaintiff shall stipulate to reduce the verdict to $12,500, in which event judgments, as reduced, affirmed, with costs to the respondent Irwin Vosburgh. Gibson, P. J., Reynolds, Taylor, Aulisi and Hamm, JJ., concur.

■ A. J. HAYES, as President of the INTERNATIONAL ASSOCIATION OF MACHINISTS, et al., Appellants, v. HOWARD RELYEA et al., Respondents.— Per Curiam. We approve the lucid and comprehensive opinion and report of Dean Andrew V. Clements, Referee (43 Misc 2d 295), as confirmed at Special Term. Had the decision adopted the alternative theory by following the strictly contractual approach, there would be doubt whether plaintiffs established facts sufficient to entitle them to relief under the constitution of the international association (see, e.g., art. D, § 12, thereof), but the question has not been raised and its determination is unnecessary in any event. Judgment and order affirmed, without costs. Gibson, P. J., Herlihy, Reynolds, Taylor and Hamm, JJ., concur.